**E-FILED on**   12/29/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGINALD JEFFERIES,<br><br>      Petitioner,<br><br>   v.<br><br>ANTHONY HEDGPETH, Warden, Salinas Valley State Prison, California,<br><br>      Respondent.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      Real Party in Interest. | No. C-09-01058 RMW<br><br>ORDER EXTENDING TIME TO FILE TRAVERSE<br><br>**[Re Docket No. 5]** |

    Petitioner is requesting a thirty-day extension of time to file the traverse and reply memorandum. The request is granted. Petitioner's traverse and memorandum are due February 8, 2011.

DATED:   12/29/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER EXTENDING TIME TO FILE TRAVERSE—No. C-09-01058 RMW
MEC