**United States District Court**
For the Northern District of California

**E-FILED on 3/11/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGINALD JEFFERIES,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH, Warden, Salinas Valley State Prison, California,<br><br>    Respondent.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Real Party in Interest. | No. 5:09-CV-01058 RMW<br><br><br><br>ORDER GRANTING EXTENSION OF TIME<br><br><br><br>**[Re Docket Nos. 7, 9]** |

Petitioner's request for an extension of time to file the traverse and reply memorandum to and including April 11, 2011 is granted.

DATED:    3/11/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING EXTENSION OF TIME—No. 5:09-CV-01058 RMW
MEC