ORIGINAL                                                                                               ORIGINAL

Robert J. Beles Bar No. 41993
Paul McCarthy Bar No. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

*E-FILED - 6/22/11*

Attorneys for Petitioner
REGINALD JEFFERIES

# United States District Court
## Northern District of California
### San Jose Division

| | |
|---|---|
| REGINALD JEFFERIES,<br><br>    Petitioner,<br>vs.<br><br>ANTHONY HEDGPETH, Warden, Salinas Valley State Prison, California,<br><br>    Respondent.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Real Party in Interest. | No. **5:09-CV-01058-RMW**<br><br>xxxxxxxxxxx ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY BRIEF |

PROPOSED ORDER GRANTING EXTENSION
OF TIME TO FILE TRAVERSE AND REPLY BRIEF

Good cause appearing, this court grants petitioner's motion for extension of time to file his traverse and reply brief, from May 11, 2011, to and including June 10, 2011.

Dated:  San Jose, California, ____9____, June ___, 2011.

_/s/ Ronald M. Whyte_____
Ronald M. Whyte
United States District Judge