**E-FILED on** 11/28/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGINALD JEFFERIES, | No. C-09-01058 RMW |
| Petitioner, | JUDGMENT |
| v. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

On November 19, 2012, the court issued its order denying Reginald Jefferies's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

IT IS HEREBY ORDERED that petitioner is not entitled to any relief and judgment is entered against petitioner and in favor of respondent.

DATED: November 28, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT